# UNITED STATES DISTRICT COURT
# DISTRCT OF MASSACHUSETTS

| | | |
|---|---|---|
| NICHOLAS ESTEVEZ | ) | |
| *Movant,* | ) | |
| | ) | |
| v. | ) | No. 00-CR-40037-NMG |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| *Respondent.* | ) | |

## PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL UNDER GENERAL ORDER 15-1 TO PURSUE RELIEF UNDER 28 U.S.C. § 2255 AND *JOHNSON V. UNITED STATES*

Pursuant to General Order 15-1 (October 6, 2015), undersigned counsel respectfully moves this Court to appoint undersigned counsel of the Federal Public Defender Office to represent movant, Nicholas Estevez.

As grounds, this office has reviewed Mr. Estevez's case and believes he has a colorable claim for relief under *Johnson v. United States*, 135 S.Ct. 2551, 2563 (2015) (finding the residual clause (*see* 18 U.S.C. § 924(e)(2)(B)(ii)) of the Armed Career Criminal Act ("ACCA") unconstitutionally vague).

Defendant was represented by CJA counsel in the underlying case and remains indigent.

Respectfully Submitted,

/s/ William W. Fick
William W. Fick
B.B.O. # 650562
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061
WILLIAM_FICK@FD.ORG

CERTIFICATE OF SERVICE

  I, William Fick, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 19, 2016.

                /s/ William W. Fick