UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NICHOLAS ESTEVEZ<br>*Movant*, | )<br>)<br>) |
| v. | )  Docket No. 00-CR-40037-NMG |
| UNITED STATES OF AMERICA,<br>*Respondent*. | )<br>)<br>) |

**MOTION TO CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 AND**
***Johnson v. United States*, 135 S. Ct. 2551 (2015), AND MOTION TO STAY**

Movant, Nicholas Estevez, through undersigned counsel, respectfully moves this Court to vacate and correct his sentence pursuant to 28 U.S.C. § 2255 and *Johnson v. United States*, 135 S. Ct. 2551, 2563 (2015). Mr. Estevez previously filed a § 2255 motion, and accordingly, on May 20, 2016, he filed an application before the First Circuit for permission to file a second or successive § 2255 motion. *See Nicholas Estevez v. United States*, No. 16-1626 (1st Cir.). The First Circuit has not ruled on the application. He, therefore, further moves this Court for an order staying these proceedings until the First Circuit rules. Thereafter, Mr. Estevez will file a memorandum in support.

In *Johnson*, the Supreme Court struck the residual clause of the Armed Career Criminal Act ("ACCA"), *see* 18 U.S.C. § 924(e)(2)(B)(ii), as unconstitutionally vague. In *Welch v. United States*, 136 S. Ct. 1257 (2016), the Supreme Court held that the rule announced in *Johnson* is substantive and therefore retroactive to cases on collateral review.

On November 26, 2002, Mr. Estevez was convicted of one count of conspiracy to distribute cocaine base, in violation of 21 U.S.C. § 846, and two counts of possession

*Motion to stay is allowed.*
/s/ NM Gorton, USDJ  10/14/16