# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NICHOLAS ESTEVEZ ) | |
| *Movant*, ) | |
| ) | |
| v. ) | No. 00-CR-40037-NMG |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| *Respondent.* ) | |

## NOTICE OF DISMISSAL

Pursuant to Rule 12 of The Rules Governing 2255 Proceedings and Fed.R.Civ.P. 41(a)(1)(i), movant Nicholas Estevez hereby files a Notice of Dismissal of his Motion to Vacate Pursuant to 28 U.S.C. § 2255 filed on June 22, 2016 (DE 198).

Respectfully submitted,

NICHOLAS ESTEVEZ
By his attorney,

/s/  William W. Fick
WILLIAM W. FICK
 B.B.O. #650562
FICK & MARX LLP
100 Franklin St., 7th Floor
Boston, MA 02110

CERTIFICATE OF SERVICE

I, William Fick, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 24, 2017.

/s/  William W. Fick
.